

**FILED**

MAY 20 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            )
   Plaintiff, ) Case No. 07-302-GEB
            )
v. *Tavares Simpson* )
            ) RELEASE ORDER NO. _____
            )
   Defendant. ) ORDER FOR RELEASE OF
            )  PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  *Tavares Simpson*

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____Release on Personal Recognizance

_____Bail posted in the sum of $_____

_____Unsecured Appearance Bond

_____Appearance Bond with 10% Deposit

_____Appearance Bond with Surety

_____Corporate Surety Bail Bond

_____(Other) *time served*

_____

This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

Issued at _____ on _____,

19_____ at _____ a.m./p.m.

MAY 20 2008 By _____
                United States District Judge or
                United States Magistrate

Copy 2 - Pre Trial Services